**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

DANNY B HULLABY                    CIVIL ACTION NO. 5:23-1555

VERSUS                             JUDGE S. MAURICE HICKS, JR.

TALECRIS PLASMA RESOURCES, ET AL.  MAGISTRATE JUDGE MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered and no objections thereto having been filed, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** the case is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 23rd day of July, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT